**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **J.M., on behalf of herself and her child, T.M.,** | |
| **Plaintiff,** | **1:25-cv-09777 (DEH) (SDA)** |
| **-against-** | **ORDER FOR** <br> **TELEPHONE CONFERENCE** |
| **New York City Department of Education et al.,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Tuesday, January 6, 2026, at 2:30 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

DATED:      New York, New York
            December 9, 2025

_____
STEWART D. AARON
United States Magistrate Judge