**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**J.M., on behalf of herself and her child, T.M.,**

**Plaintiffs,**

**-against-**

**New York City Department of Education et al.,**

**Defendants.**

**1:25-cv-09777 (DEH) (SDA)**

**ORDER FOR**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Tuesday, September 15, 2026, at 3:00 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated: New York, New York
September 2, 2026

Stewart d. Aaron
STEWART D. AARON
United States Magistrate Judge